**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**LINDA S. ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5658**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>        **Plaintiff,**<br>        **v.**<br><br>**GRIMMWAY ENTERPRISES, INC. d/b/a GRIMMWAY FARMS;**<br>**ESPARZA ENTERPRISES, INC.**<br><br>        **Defendant.** | **CIVIL ACTION NO. 1: 06 CV 00561 AWI DLB**<br><br>**MOTION TO EXTEND CASE MANAGEMENT SCHEDULING CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT DEADLINE; ORDER**<br><br>**FRCP 16(b)** |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity Commission (EEOC), hereby requests an extension of the case management hearing and related deadlines set out in this Court's "Order Setting Mandatory Scheduling Conference" dated May 11, 2006 (May 11th Order"). The Case Management Conference statement is currently due on August 3, 2006 and the Scheduling Conference itself is scheduled for August 10, 2006.

Good cause exists for the granting of an extension as Linda Ordonio-Dixon, lead counsel for the EEOC, has been unavailable to engage in "meet and confer" discussions due to an extended medical leave during the month of June. In addition, in recent weeks she has continued to be unavailable due to the rapidly declining health and passing of a family member. (See Attached Declaration of Linda Ordonio-Dixon.)

**MOT. TO EXTEND CMC DEADLINES**
**06 – 00561 AWI DLB**

The requested extension is also needed in order to facilitate settlement discussions. The parties have agreed to begin such discussions now so as to avoid the cost of protracted litigation. In keeping with this intent, the EEOC has provided the Complaint and related documents to Defendants; however, official service of process has not yet been completed in order to avoid the expense of the drafting of an Answer should settlement negotiations be successful. (See Attached Declaration of Linda Ordonio-Dixon.)

Based on the foregoing, the EEOC requests that the Court modify the May 11th Order deadlines as follows:

Mandatory Scheduling Conference    October 12, 2006, 9:00 a.m., Ctrm #9, 6th Floor

Joint Scheduling Report Deadline    October 5, 2006

Respectfully submitted,

Dated: July 27, 2006                           _____//s//_____

LINDA ORDONIO-DIXON
Attorney for Plaintiff EEOC

**IT IS SO ORDERED.**

Dated: August 9, 2006                      ____/s/ *Dennis L. Beck*_____
DENNIS L. BECK
United States Magistrate Judge

**MOT. TO EXTEND CMC DEADLINES**            2.
**06 – 00561 AWI DLB**