1  **WILLIAM R. TAMAYO, SBN 084965**
   **DAVID F. OFFEN-BROWN, SBN 063321**
2  **LINDA S. ORDONIO-DIXON, SBN 172830**
   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
3  **San Francisco District Office**
   **350 The Embarcadero, Suite 500**
4  **San Francisco, CA 94105-1260**
   **Telephone No. (415) 625-5658**
5  **Fax No. (415) 625-5657**

6  **Attorneys for Plaintiff**

7

8                         **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

10

11 | **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION NO. 06 – 00561 AWI DLB** |

12 | **Plaintiff,** | **SECOND MOTION TO EXTEND CASE MANAGEMENT SCHEDULING CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT DEADLINE; [PROPOSED] ORDER** |
   | v. | |
13 | | |
14 | **GRIMMWAY ENTERPRISES, INC. d/b/a GRIMMWAY FARMS; ESPARZA ENTERPRISES, INC.** | |
15 | | **FRCP 16(b)** |
   | **Defendant.** | |
16

17

18        Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity
19 Commission (EEOC), hereby requests an extension of the case management hearing and related
20 deadlines set out in this Court's Order dated August 9, 2006. The Case Management Conference
21 statement is currently due on October 5, 2006 and the Scheduling Conference itself is scheduled for
22 October 12, 2006.
23        Good cause exists for the granting of an extension as it will allow the parties to engage in
24 meaningful settlement discussions. The parties have agreed to begin such discussions now so as to
25 avoid the cost of protracted litigation. In keeping with this intent, the EEOC has provided the
26 Complaint and related documents to Defendants; however, official service of process has not yet
27 been completed in order to avoid the expense of the drafting of an Answer should settlement
28

negotiations be successful. [See Dixon Decl. ¶2.]

In order to allow the EEOC to determine the number and extent of the claimants in this case, on August 17, 2006, Defendant Grimmway Farms provided to the EEOC a list of approximately 500 women who worked in the locale of the alleged harassment during the relevant time period. The list contains the name of each woman as well as her last known address and phone number. [See Dixon Decl. ¶3.]

Unfortunately, the EEOC has encountered significant problems contacting the women identified on the list. More than one-third of an initial mass mailing sent out by the EEOC was returned. Nearly all of these returned letters did not have forwarding addresses. In addition, the mailing process has taken a significant amount of time. In most cases, letters are not returned for two or three weeks. The EEOC's continuing attempts to contact women has required extensive database research and the re-mailing of many of the letters. [See Dixon Decl. ¶4.]

The EEOC has also attempted to contact individuals by phone with very limited success because of disconnected telephones, wrong numbers, unreturned voicemail messages and language barriers. These efforts continue. [See Dixon Decl. ¶5.]

The EEOC has stepped up its efforts to contact the women on the list provided by Defendant Grimmway Farms. Unfortunately, at present, the EEOC is unable to confirm contact with more than two-thirds of the women. However, the EEOC has been able to make contact with more women as time progresses. [See Dixon Decl. ¶6.]

Based on the foregoing, the EEOC requests that the Court allow a second extension of the Case Management Conference deadlines so that the EEOC may have sufficient time to complete the task of contacting the women identified by Grimmway Farms. In turn this will allow the parties to engage in meaningful settlement discussions with identifiable claimants.

//

//

//

//

2nd **MOT. TO EXTEND CMC DEADLINES**     2.
**06 – 00561 AWI DLB**

The EEOC respectfully requests that the Court extend the Case Management dates as follows:

Mandatory Scheduling Conference   December 14, 2006, 9:00 a.m., Ctrm #9, 6th Floor

Joint Scheduling Report Deadline   December 7, 2006

Respectfully submitted,

Dated:  October 5, 2006              _____//s//_____
                                     LINDA ORDONIO-DIXON
                                     Attorney for Plaintiff EEOC

**IT IS SO ORDERED.**

Dated: October 6, 2006              ____/s/ Dennis L. Beck_____
                                    DENNIS L. BECK
                                    United States Magistrate Judge

**2nd MOT. TO EXTEND CMC DEADLINES**          3.
**06 – 00561 AWI DLB**