**WILLIAM R. TAMAYO, SBN 084965**
**DAVID F. OFFEN-BROWN, SBN 063321**
**LINDA S. ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5658**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br>v.<br><br>**GRIMMWAY ENTERPRISES, INC. d/b/a GRIMMWAY FARMS; ESPARZA ENTERPRISES, INC.**<br><br>Defendant. | **NO. 1: 06 CV 00561 AWI DLB**<br><br>**THIRD MOTION TO EXTEND CASE MANAGEMENT SCHEDULING CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT DEADLINE; and ORDER**<br><br>**FRCP 16(b)** |

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity Commission (EEOC), hereby requests an extension of the case management hearing and related deadlines set out in this Court's Order dated October 6, 2006. The Case Management Conference statement is currently due on December 7, 2006 and the Scheduling Conference itself is scheduled for December 14, 2006.

Good cause exists for the granting of an extension as it will allow the parties to engage in meaningful settlement discussions. The parties have agreed to begin such discussions now so as to avoid the cost of protracted litigation. In keeping with this intent, the EEOC has provided the Complaint and related documents to Defendants; however, official service of process has not yet been completed in order to avoid the expense of the drafting of an Answer should settlement

negotiations be successful. [See Dixon Decl. ¶2.]

In order to allow the EEOC to determine the number and extent of the claimants in this case, on August 17, 2006, Defendant Grimmway Farms provided to the EEOC a list of approximately 500 women who worked in the locale of the alleged harassment during the relevant time period. The list contains the name of each woman as well as her last known address and phone number. [See Dixon Decl. ¶3.]

In the time since receiving this information, the EEOC has expended an unexpectedly large amount of time identifying contacting the women on the list.  Significant problems have been encountered in contacting the women by mail, telephone, and more recently, for in-person interview. These efforts are compounded by the distance of the EEOC's San Francisco Office from the Bakersfield area.  Because of these on-going problems, the EEOC has been unable to complete the in-person interviews with witnesses and potential claimants.  [See Dixon Decl. ¶4.]

Many of these witnesses are agricultural workers who frequently move.  Many witnesses do not have working phone numbers.  We also believe that at least one of the key witnesses is on an extended visit in Mexico for the holidays.  The EEOC has hired a private investigator to assist in locating these remaining witnesses.  [See Dixon Decl. ¶5.]

Based on the foregoing, the EEOC respectfully requests that the Court allow a third extension of the Case Management Conference deadlines so that the EEOC may have sufficient time to complete the task of identifying claimants.  In turn this will allow the parties to engage in meaningful settlement discussions prior to the Case Management Conference.

The EEOC respectfully requests that the Court extend the Case Management dates as follows:

    Mandatory Scheduling Conference    February 21, 2007, 9:00 a.m., Ctrm #9, 6th Floor

    Joint Scheduling Report Deadline    February 14, 2007

//

//

//

**3rd MOT. TO EXTEND CMC DEADLINES**
**06 – 00561 AWI DLB**
    2.

1
2  Respectfully submitted,

3
4  Dated:  December 7, 2006                              _____//s//_____

5                                                         LINDA ORDONIO-DIXON
                                                          Attorney for Plaintiff EEOC
6
7
8
   **IT IS SO ORDERED.**
9
10 Dated:  December 13, 2006                    _____/s/ *Dennis L. Beck*_____
                                                          DENNIS L. BECK
11                                                        United States Magistrate Judge

**3rd MOT. TO EXTEND CMC DEADLINES**          3.
**06 – 00561 AWI DLB**