DANIEL K. KLINGENBERGER, #131134
PAUL J. BAUER, #202752
HOGAN & KLINGENBERGER
Professional Corporation
30 River Park Place West, Suite 420
Fresno, CA 93720
Telephone: 559.320.3000
Facsimile No.: 559.320.3005

Attorneys for Defendant
ESPARZA ENTERPRISES, INC.

**FILED**
MAR 1 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GRIMMWAY ENTERPRISES, INC. d/b/a GRIMMWAY FARMS; ESPARZA ENTERPRISES, INC.,<br><br>　　　　　　　　　　　Defendant. | No. 06 CV 00561 LJO DLB<br><br>STIPULATION AND [PROPOSED] ORDER |

Pursuant to Eastern District Local Rules of Court, Rules 6-144 and 83-143, Defendant Esparza Enterprises, Inc., Defendant Grimmway Enterprises, Inc. and Plaintiff Equal Employment Opportunity Commission (collectively "the Parties") hereby request that this Court extend the time for Defendants to respond to Plaintiff's complaint filed on May 10, 2006. Defendants presently are required to file a response to Plaintiff's Complaint by March 15, 2007. The parties request this Court extend such time to respond on or before May 4, 2007. The parties are currently engaging in settlement discussions and believe extending such time Defendants have

////
////
////
////

STIPULATION AND [PROPOSED] ORDER　　　　　　　　- 1 -

01356-101\00007094.1

1  to respond will help facilitate those discussions. The parties do not believe this request will alter
2  any hearing dates set by the Court. The parties respectfully request this Court sign the proposed
3  order included herein.
4  Dated: March 19, 2007.

6  By: /s/ Paul J. Bauer
   PAUL J. BAUER
7  HOGAN & KLINGENBERGER
   Professional Corporation
8  Attorneys for Defendant
   ESPARZA ENTERPRISES, INC.
9  Dated: March 19, 2007.

11 By: /s/ Lorna Brumfield (approved on March 13, 2007)
   LORNA BRUMFIELD
12 LEBEAU THELEN LAMPE, ET AL.
   Attorneys for Defendant
13 GRIMMWAY ENTERPRISES, INC. d/b/a
   GRIMMWAY FARMS
14 Dated: March 19, 2007.

16 By: /s/ Linda S. Ordonio-Dixon (approved on March 13, 2007)
   LINDA S. ORDONIO-DIXON
17 U.S. EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
18 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY
19 COMMISSION

21 IT IS HEREBY ORDERED that the Parties request that Defendants GRIMMWAY
   ENTERPRISES, INC. and ESPARZA ENTERPRISES, INC. shall have until May 4, 2007, to file
22
   their response to Plaintiff's Complaint is GRANTED.
23
   IT IS SO ORDERED.

25
26 Date: March 19, 2007                         _____
                                                UNITED STATES DISTRICT JUDGE

HOGAN &
KLINGENBERGER
30 River Park Place West,
Suite 420
Fresno, CA 93720
Phone: (559) 320-3000
Fax: (559) 320-3005

STIPULATION AND [PROPOSED] ORDER     - 2 -

01356-101\00007094.1