# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL OPPORTUNITY COMMISSION, ) | 1:06cv0561 AWI DLB |
| ) | |
| ) | ORDER GRANTING |
| Plaintiff, ) | MOTION TO INTERVENE |
| ) | |
| v. ) | (Document 26) |
| ) | |
| GRIMMWAY ENTERPRISES,dba, ) | |
| GRIMMWAY FARMS, et.al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On April 12, 2007, Applicant-intervenor Ana-Berta Rubio filed the instant motion to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a) and (b) and 42 U.S.C. §2000e-5(f).  On April 13, 2007, plaintiff Equal Employment Opportunity Commission filed a notice of non-opposition to the motion for leave to intervene.  On May 14, 2007, defendants Grimm Enterprises, Inc., dba Grimmway Farms and Esparza Enterprises, Inc. filed notices of non-opposition to the motion.  The Court deemed to the motion suitable for decision without hearing and took the motion under submission on May 15, 2007.

## **DISCUSSION**

A.  Legal Standard

Federal Rule of Civil Procedure 24 provides for intervention as of right and permissive intervention.  The Trustees seek leave to intervene on both grounds.  Rule 24 provides:

> (a) Intervention of Right. Upon timely application anyone shall be permitted to
>   intervene in an action: (1) when a statute of the United States confers an

unconditional right to intervene; or (2) when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.

(b) Permissive Intervention. Upon timely application anyone may be permitted to intervene in an action: (1) when a statute of the United States confers a conditional right to intervene; or (2) when an applicant's claim or defense and the main action have a question of law or fact in common. When a party to an action relies for ground of claim or defense upon any statute or executive order administered by a federal or state governmental officer or agency or upon any regulation, order, requirement, or agreement issued or made pursuant to the statute or executive order, the officer or agency upon timely application may be permitted to intervene in the action. In exercising its discretion the court shall consider whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties.

Upon timely application, Rule 24(a) provides for intervention as a matter of right when a statute of the United States confers an unconditional right to intervene.  Title VII of the Civil Rights Act of 1964, as amended, provides that the party aggrieved by a violation of Title VII shall have the right to intervene in a civil action brought by the EEOC.  42 U.S.C. § 2000e-5(f)(1).

Based on the timely application and pursuant to Rule 24(a), applicant-intervenor has an unconditional right to intervene in this action.  There is no opposition to the motion.  Accordingly, applicant-intervenor's motion for leave to intervene is HEREBY GRANTED.  Applicant-intervenor may file the complaint attached as Exhibit "A" to the Declaration of William J. Smith in Support of Motion for Leave to Intervene.

IT IS SO ORDERED.

Dated:   **May 15, 2007**              **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE