UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. CV F 06-0561 LJO DLB |
| Plaintiff, and | **ORDER AFTER SETTLEMENT** |
| ANA-BERTA RUBIO, | |
| Plaintiff-Intervenor, | |
| vs. | |
| GRIMMWAY ENTERPRISES, INC., et al., | |
| Defendant. | |
| _____/ | |

Counsel for plaintiff-intervenor Ana-Berta Rubio has informed this Court that settlement has been reached. **Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than October 22, 2007, to file a stipulation and order to dismiss this action in its entirety.**

**All court dates**, including the September 26, 2007 scheduling conference, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:    September 21, 2007**            **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE