# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff, and<br><br>ANA-BERTA RUBIO,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>GRIMMWAY ENTERPRISES, INC., et al.,<br><br>Defendant.<br>_____/ | CASE NO. CV F 06-0561 LJO DLB<br><br>**ORDER TO ADMINISTRATIVELY CLOSE ACTION** |

This Court DIRECTS the clerk to administratively close this action. This action is subject to reopening to enforce the settlement or consent decree.

IT IS SO ORDERED.

**Dated:   November 16, 2007**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE